# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. __NEATLY__ print in ink (or type) your answers.]*

Donald R. Prater

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Google

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 325cv461

[For a new case in this court, leave blank.
The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] <br><br> Google | California |
| 2 | [Put the names of any other defendants in these boxes.] <br><br> Cash App. | California |
| 3 | Pay Pal | California |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 12

2. What is your address? 5975 W Red bird lane
Mentone, IN 46539

3. What is your telephone number: (574) 371 . 6945

4. Have you ever sued anyone for these exact same claims?
   - ☒ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
     case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# Civil Complaint

| Defendent's name and Job Title | Address |
|---|---|
| 4. Samsung | California |
| 5. Wells Fargo | California |
| 6. Robin Hood | California |
| 7. Coin Base | California |
| 8. Crypto Currency | California |
| 9. FBI | South Bend, Ind. |
| 10. Koscinsko County Sheriff Department | Warsaw, Ind |
| 11. Ind. State Police Department | Bremen, Ind |
| 12. I C 3 | Indianapolis, ID |

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Google - They shared my information with other companies that caused me finiancial and health problems and was unwilling to talk to me about problem.

2. They shared my information with other companies that caused me finiancial and health problems and was unwilling to talk to me about problem with cash app

3. Pay Pal · No one would give me a 1098 tax form

4. Samsung · Created the app that quickly shared my information to others

5. Wells Fargo · was to be my broker, distubiting my money to bit coin and ETF · Robin Hood

6. Robin Hood - They sharded my information with other companies that caused finiancial and health problems and was unwilling to talk to me about problems

7. Coin Base - They sharded my information with other companies that caused finiancial and health problems and was unwilling to talk to me about problem

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

11. Ind State police - Could do or would do. for me.

12. IC 3 - I reported my identity theft twice to IC3 and didn't receive a respone from all the above. I request all the information that they have collected from my identity theft and if they didn't investigate that make them have discriminatory investigative practice which violates my civil rights and so I would like 5 million dollars from each one that has discriminatory investigated my claims because I feel they violated my civil rights.

(INND Rev. 4/24)                                                                page 3

Claims and Facts (continued)

8. Crypto Currance - They took all my money
9. FBI of South bend IND. - I reported my identity the ft at least 4 times in person and got no return informate
10. Kosciusko County Sheriff Dept. - I reported identity theft more than 6 times with them and even gave them the phone number that Samsung shared with a company in California that received all my E. mails at the same time or before I did.
11. IND. State Police - I reported my identity theft to them twice in person and said there was nothing they

RELIEF – If you win this case, what do you want the court to order the defendant to do?

1. I want to get a hard copy of account from goole, Pay Pal, and cash App
2. I want these Companies to make me whole financily and mentaly
3. I want to stop the threating E mails

FILING FEE – Are you paying the filing fee?

◉ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_DR_  I will keep a copy of this complaint for my records.
_DR_  I will promptly notify the court of any change of address.
_DR_  I declare **under penalty of perjury** that the statements in this complaint are true.

_Donald Ray Ruto_                                    5 -     - 2024
**Signature**                                        **Date**

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]