AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Donald R. Prater
_Plaintiff(s)_

v.    Civil Action No. 325CV461

Google
_Defendant(s)_

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_
Google - 1600 Amphitheatre Parkway, Mountain View CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald R Prater
5975 W Red bird Ln
mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

Cash App.
*Defendant(s)*

Civil Action No. 325 CV 461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Cash App. - Block, INC, 1955 Broadway, Suite 600, MSC 211 Oakland, Ca 94612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Redbird Ln
Mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHANDA J. BERTA, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

Pay Pal
*Defendant(s)*

Civil Action No. 325CV461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pay Pal - 2211 N 1st St
San Jose, Ca 95131 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 w Red bird Ln
mentone IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____                        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
_____
Plaintiff(s)

v.   Civil Action No. 325 CV 461

Samsung
_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Samsung - 85 Challenger Rd. Ridgefield, NJ 07660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater 5975 W Red bird LN mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHANDA J. BERTA, CLERK OF COURT*

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

Wells Fargo
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 325 CV 461

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Wells Fargo · 420 Montgomery St, San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Redbird Ln
Mentone IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHANDA J. BERTA, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

Robin Hood
*Defendant(s)*

Civil Action No. 325CV461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robin Hood - 3200 Ash St.
Palo Alto, CA 94306-2239
USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Redbird Ln
Mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | ) | |
|---|---|---|
| Donald R Prater | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 325 CV 461 |
| Coin Base | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Coin Base - 548 Market St
San Francisco, Ca
94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 w Red bird Ln
mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

)
)
)
Donald R Prater )
*Plaintiff(s)* )
) Civil Action No. 325CV461
v. )
)
)
)
Crytocurrency )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Crytocurrency · 564 Market St
Suite 700
San Francisco, Ca 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Red bird La
Mentone In 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

Civil Action No. 325 CV 461

FBI of Southbend IND
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FBI of Southbend IND.
100 E Wayne St 310
South bend. IND 46601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Red bird Ln
Mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
_____
Plaintiff(s)

v.

Kosciusko County Sheriff Department
_____
Defendant(s)

Civil Action No. 325 CV 461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kosciusko County Sheriff Department
221 W Main St
Warsaw, IND 46580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Red bird Ln
Mentone IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHANDA J. BERTA, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | ) |
|---|---|
| Donald R Prater | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 325CV461 |
| Indiana State Police Dept. District 24 | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Indiana State Police Dept District 24
1425 Miami Trail
Bremen, IND 46506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Redbird Ln
Mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHANDA J. BERTA, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Donald R Prater
*Plaintiff(s)*

v.

FBI Dept of IC3
*Defendant(s)*

Civil Action No. 325 CV 461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FBI Dept of IC3 Field office
FBI Dept of IC3 Field office
8825 Nelson B Klein Pkwy
Indianapolis, IND 46250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald R Prater
5975 W Red bird Ln
mentone, IND 46539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHANDA J. BERTA, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Donald R Prater
5975 W Redbird Ln
mentone IND
46539

Indiana Northern
District Court
204 S main st
South Bend IND
46601



**USPS GROUND ADVANTAGE®**

0 Lb 3.80 Oz

RDC 01

C005

SHIP
TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

**USPS TRACKING® #**

9516 4136 8452 5148 9149 32

