FILED
JUN 06 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3:25cv461

Your Honor

As for the first two I've already taken care of. So I'm requesting all the emails sent and received from google to my IP email address especially the ones from Cash app, Wells Fargo, Pay Paw, Robinhood, Coinbase and cryptocurrency, and Samsung.

I have asked them to communicate with me personally but they will not.

As for the FBI and State Police they wouldn't even let me in the door to make a complaint.

I also reported the Quick Share number to the local police, they called the number but No one answered. Quick share is who shared all my information without my permission (Quick Share Pho# 453-764-4953) the officer called them on the police Dept. phone. I also have two flash drives that I took information off my other phones that I was afraid to give to them because of the way they were not investigating my case

that's why I'm requesting hard copies of my emails from goole, Samsung, Cashapp, Pay Pal, wells fargo, Robinhood, Coinbase and cryptocurrency.

IN Sept. of 2024 I received an email from a person named Elizabeth a Cash app. employee. She said I had invested $4,200 from Feb to Oct. then someone deleted it. I was even threatened with bodily harm on Christmas eve 2024 and then they deleted it.

With Samsung Quickshare they can get into my information and create pop-ups so I can't get into my phone. I think that I'm just one of millions that they are doing this to, but someone has to take a stand and I'm taking mine here.

Sincerly
Donald R Prater
Donald R Prater

my first email address was dprater2003@yahoo.com I went through several before I realized what they were doing. So I signed everthing over to my wife. my last email address is DonnieProter3@gmail.com and I refuse to change it.

Don D Prater
5975 W RedBird LN
Mentone IN
46539





9589 0710 5270 0013 2020 47

U.S. POSTAGE PAID
FCM LETTER
WARSAW, IN 46580
JUN 04, 2025
$4.85
S2324M501593-17


46601

INdiana Northen District Court
204 S Main St
Southbend IN.
   46601

Civil Action No. 325CV461