Case # 3:25CV461

Your Honor

-FILED-
JUN 23 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Sorry to bother you again but the way cash app and Pay pal were set up was the money did not sit down in cash app or Pay pal because it was a goal orientated investment which you set up at the beginning so once I figured it out and confronted them in Oct. of 2024 I found out in Sept of 2024 they had changed the whole investment format and since then I have not been able to get on any online games or surveys. so I believe that proves they are not just scamming me but millions of other people. Someone should look into this and make them pay for their wrong doing thanks again for your time sir.

Donald Ray Pratin
6/12/2025