Donald Prater
5875 w Red bird Ln
mentone, In
46539

US District Court
204 S main St
Southbend, IN 46601

Case # 3:25cv461



CERTIFIED MAIL

9589 0710 5270 0013 2041 57

Retail
UNITED STATES POSTAL SERVICE
46601
RDC 99
FOREVER / USA