I Donald Ray Prater Request More time time to amend my cominent I am dealing with a cysth on my Brain Right It the time and I have a lot of Dr. app. that I also have to meet and trying to get a VA Lawer to meet with me

Donald R Prater
6-25-2025

FILED – JUN 25, 2025 – AM 11:18
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta – Clerk