UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD PRATER,

        Plaintiff,

v.

                                  CAUSE NO. 3:25cv461 DRL

GOOGLE *et al.*,

        Defendants.

## ORDER

On May 27, 2025, Donald Prater filed a *pro se* complaint alleging various entities wrongfully shared his information, took his money, and failed to investigate his complaints. The court determined his complaint didn't state a basis for jurisdiction or articulate a claim, and it afforded him leave until June 30, 2025 to amend his complaint. On June 25, 2025, Mr. Prater moved to extend the deadline to amend, citing certain health issues. He doesn't say how much time he needs.

Mr. Prater's timely request presents good cause. *See* Fed. R. Civ. P. 6(b). Accordingly, the court GRANTS the motion [7] and EXTENDS the deadline to amend the complaint to July 21, 2025.

SO ORDERED.

June 27, 2025                                                *s/ Damon R. Leichty*
                                                            Judge, United States District Court