Case # 3:25 cv 461

FILED
JUL 10 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Your Honor

My reason for requesting the files from google and the others as far back as 2018, I noticed a pattern. I had both bluetooth and Quickshare turned off on my Phone but when I would turn my phone back on bluetooth and quickshare would be turned back on so that made me think they were sharing my password so that's why I believe somebody has gotten into my google account and been turning it on and sharing my information. I changed my password every 6 months like google told me to and my email address and I lost everything on all my accounts like PayPal, Cash App and all the others that I listed on my other letters.

They also make you sign a contract saying that you cannot file a lawsuit or they will sue you for everything you have, I got wise to the game they were playing so in February of

Case # 325CV461

2024 I signed everything I own over to my wife as of today I don't own anything and I don't have bluetooth or quickshare on any of my phones turned on so all I'm requesting is all the information from my IP address and also the information that was sharded from my bluetooth and quickshare address which I never had turned on, I believe someone else turned on.

As for the state, federal and local police by not investigating my complaint they violated my civil rights because every complaint deserves to be investigated so as July 7th 2025 please go ahead and make your decision and let the chips fall where they may.

Thank you very much

Donald Ray Prater

Donald Ray Prater
7-7-2025

Don Pratt
5975 W RedBidd LN
Mendon LN
IN 46539



United States District Court
204 S Main St
South Bend INd
46601