UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD PRATER,

        Plaintiff,

v.                                  CAUSE NO. 3:25cv461 DRL

GOOGLE *et al.*,

        Defendants.

## ORDER

On May 29, 2025, the court afforded Donald Prater leave to amend his complaint to become complaint with the federal rules. His complaint accused technology and financial companies of inappropriately sharing his data, and law enforcement organizations and others of failing to investigate the issue; it didn't state jurisdiction or a claim. Since the court's order, he filed three brief letters elaborating on his allegations—perhaps attempts at amendment. These letters don't clarify jurisdiction or state a claim. *See* Fed. R. Civ. P. 8. Nor could the court find that these three letters present a single, self-contained amended pleading as the local rules require. *See* N.D. Ind. L.R. 15-1.

The court will grant Mr. Prater another opportunity to file a proper pleading. His amended complaint must be self-contained—in other words, it cannot refer to or piggyback on other filings on the docket. In a single filing, it must establish that his case falls within the limited jurisdiction of this court and provide as many facts as to what has transpired, such as the harm, who caused the harm, how they caused the harm, when they caused the harm, and the like. The court recommends he use the civil complaint form he used for his original complaint.

2

      Accordingly, the court GRANTS Mr. Prater leave to file an amended complaint that clearly states his claim and basis for the court's jurisdiction on or before September 2, 2025, and CAUTIONS him that failure to comply with this deadline, plead federal jurisdiction, or file a rule-compliant complaint will result in the dismissal of his case without further notice because his current complaint doesn't state a basis for jurisdiction or articulate a claim.

      SO ORDERED.

August 11, 2025                                          *s/ Damon R. Leichty*
                                                             Judge, United States District Court