UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD PRATER,

    Plaintiff,

v.                                      CAUSE NO. 3:25cv461 DRL

GOOGLE *et al.*,

    Defendants.

## ORDER

The court afforded Donald Prater leave to amend his complaint to become compliant with the federal rules by September 2, 2025. The court cautioned him that failure to amend his claim would result in the dismissal of his case. *See Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003). As of today, he has not filed an amended complaint. Accordingly, the court DISMISSES Mr. Prater's case without prejudice.

SO ORDERED.

September 11, 2025                        *s/ Damon R. Leichty*
                                                 Judge, United States District Court